

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00878-CV

**WALNUT RETAIL CENTER GENERAL PARTNER, LC**,
Appellant

v.

**LBL, LTD.**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-06410
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is hereby ordered that appellee recover its costs of appeal from appellant.

SIGNED October 29, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice